UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER DAVID JOHNSTON, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. MJ 16-232<br><br>DETENTION ORDER |

Offense charged:     Attempted Enticement of a Minor

Date of Detention Hearing:     May 24, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant was not interviewed by Pretrial Services, so much of his background

DETENTION ORDER
PAGE -1

information is unknown or unverified. He has a lengthy criminal history that includes bench warrant activity and failure to comply with court orders. He has several pending criminal matters and there is an outstanding warrants in Whatcom County for failure to appear for arraignment.

2. Defendant does not contest entry of an order of detention.

3. Defendant poses a risk of nonappearance due to lack of verified background information, a history of failing to appear and pending felony and misdemeanor matters. Defendant poses a risk of danger due to the nature of the instant charge and criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

///

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 24th day of May, 2016.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3